UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NICK MCGOVERN,<br><br>    Plaintiff,<br><br>-vs-<br><br>EQUITYEXPERTS.ORG, L.L.C,<br><br>    Defendants. | Case No.: 18-cv-1083-DSD-HB<br>Hon. David S. Doty<br>Magistrate Judge Hildy Bowbeer |

The parties, through their undersigned counsel, pursuant to this Honorable Court's text-only order dated January 15, 2019, at docket 22, hereby provide this Honorable Court with a status report:

On January 31, 2019, Plaintiff filed a motion to enforce an alleged settlement by the parties. Defendant intends to oppose that motion on the ground that its former counsel lacked authority to enter into the alleged settlement. The deadline for Defendant to respond to that motion is February 21, 2019.

Respectfully submitted,

**MOSS & BARNETT**

s/Bradley R. Armstrong
Bradley R. Armstrong (MN #393524)
Moss & Barnett
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Tel.: 612-877-5359
Fax: 612-877-5034
bradley.armstrong@lawmoss.com
*Counsel for Defendant*

/s/ Blake R. Bauer
Blake R. Bauer (#0396262)
Merrick B. Williams (#0300664)
Fields Law Firm
9999 Wayzata Blvd
Minnetonka, MN 55305
612-206-3489
Blake@fieldslaw.com
*Counsel for Plaintiff*