UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NICK MCGOVERN,

     Plaintiff,

-vs-

EQUITYEXPERTS.ORG, L.L.C,

     Defendants.

Case No.: 18-cv-1083-DSD-HB
Hon. David S. Doty
Magistrate Judge Hildy Bowbeer

## JOINT NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a resolution in this case, through discussions between Blake Bauer, counsel for the Plaintiff Nick McGovern, Brad Armstrong, counsel for Defendant, EquityExperts.org, LLC, and Katrina M. DeMarte, national counsel for Defendant EquityExperts.org, LLC. The parties are finalizing settlement paperwork, which should be completed within the next 14 days.

The parties therefore request that this Honorable Court vacate all dates currently set on calendar for the present matter.

Dated: Dated: February 19, 2019

Respectfully submitted,

/s/Blake Bauer
Blake Bauer (MN #0396262)
Merrick Williams (MN #0300664)
**FIELDS LAW FIRM**
9999 Wayzata Blvd
Minnetonka, MN 55305
Tel: 612-370-1511
Fax: 612-370-4256
blake@fieldslaw.com
merrick@fieldslaw.com
*Counsel for Plaintiff, Bradley McGovern*

/s/Bradley R. Armstrong
Bradley R. Armstrong (MN #393524)
**MOSS & BARNETT**
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Tel: 612-877-5359
Fax: 612-877-5034
Bradley.armstrong@lawmoss.com
*Counsel for EquityExperts.Org, LLC*

/s/ Katrina M. DeMarte, Esq.
Katrina M. DeMarte, Esq. (CO Bar No.
43135; MI Bar No. P81476)
**MAGDICH & ASSOCIATES**
17177 Laurel Park Dr Suite 401
Livonia, MI 48152
Tel: 248-344-0013
Fax: 248-344-0133
*National Counsel for EquityExperts.Org, LLC*