UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 18-1083(DSD/HB)

Nick McGovern,

        Plaintiff,

v.                                                        **ORDER**

EquityExperts.org, LLC,

        Defendant.

The court having been advised by counsel that the above-entitled action has been settled, or is in the process of being settled,

**IT IS HEREBY ORDERED** that this case is dismissed, the court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action upon good cause shown.

Dated: July 23, 2019

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court